# United States Court of Appeals
## For the First Circuit

---

Nos. 01-2513, 01-2521

KPS & ASSOCIATES, INC.,

Plaintiff, Appellee,

v.

DESIGNS BY FMC, INC.,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this court issued January 28, 2003, should be amended as follows:

On the last line of page 12, "September 28, 2002" should be "September 28, 2001"

On the first line of page 13, "October 25, 2002" should be "October 25, 2001"